KEVIN J. HEANEY, ESQ.
GEORGE D. OLIVER, ESQ.
24 Professional Center Parkway, S. 240
San Rafael, CA.  94903
Email: Kvnheaney@gmail.com

Telephone: (415) 492-2042
Facsimile: (415) 492-2045

Attorney for: RODOLFO LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO LOPEZ, | No. 4:20-CV-05838-YGR |
| Plaintiffs, | STIPULATION TO TRANSFER OF ACTION; [PROPOSED] ORDER THEREON |
| vs. | |
| CITY OF VALLEJO, CITY OF VALLEJO POLICE DEPARTMENT, DOES 1-99, | |
| Defendants. | |

The parties having met and conferred regarding the status of the pleadings in this matter, enter into this Stipulation to transfer the above-captioned matter from the United States District Court for the Norther District of California, San Francisco Division, to the United States District Court for the Eastern District of California, Sacramento Division, as follows:

**RECITALS:**

WHEREAS, the attorneys of RODOLFO LOPEZ (hereinafter, Plaintiff) filed in this

Case No. 4:20-cv-05838-YGR                                          Stipulation and [Proposed] Order

KEVIN J. HEANEY
3030 BRIDGEWAY, SUITE 128
SAUSALITO, CA 94965
(415) 332-0408

matter with the San Francisco Division of the United States District Court, Northern District of California on August 18, 2020;

WHEREAS, the parties agree that matter should have been filed in the United States District Court, Eastern District of California, Sacramento Division;

WHEREAS , the City Attorney of Vallejo was prepared to file a Motion to Dismiss the matter under Federal Rules of Procedure, Rules 12(b)(1), (3), and (6) based on a challenge of venue;

WHEREAS, the attorneys for the parties have met and conferred regarding the issue raised and wish to resolve this without the need of a motion by stipulation and thereby avoid further litigation on this subject; then,

**AGREEMENT**

WHEREFORE, the attorneys for the parties do hereby agree and stipulate that the matter be transferred from the United States District Court for the Northern District of California, San Francisco Division, to the United States District Court for the Eastern District of California, Sacramento Division.

Date: November 19, 2020          */s/ Kevin J. Heaney*
                                 George Oliver, Esq.
                                 Kevin J. Heaney, Esq.
                                 Attorneys for Plaintiff
                                 RODOLFO LOPEZ

Date: November 19, 2020          */s/ Farrah Hussein*
                                 Farrah Hussein, Esq.
                                 Attorney for Defendant
                                 CITY OF VALLEJO

Case No. 4:20-cv-05838-YGR                                Stipulation and [Proposed] Order

KEVIN J. HEANEY
3030 BRIDGEWAY, SUITE 128
SAUSALITO, CA 94965
(415) 332-0408

Page 2

**ORDER**

The Court, having reviewed and considered the stipulated transfer of this matter, does hereby **ORDER** that this matter is to be **TRANSFERRED** from the San Francisco Division of the United States District Court, Norther Division of California, to the Sacramento Division of the United States District Court, Eastern District of California.

**IT IS SO ORDERED**:

Dated: December 8, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 4:20-cv-05838-YGR                                         Stipulation and [Proposed] Order

KEVIN J. HEANEY
3030 BRIDGEWAY, SUITE 128
SAUSALITO, CA 94965
(415) 332-0408

Page 3