**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY:  FARRAH HUSSEIN**
Deputy City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: Farrah.Hussein@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO LOPEZ, | Case No:   2:20-CV-02432-TLN-AC |
| Plaintiff, | |
| | **STIPULATION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT, RESPONSIVE PLEADING AND ORDER** |
| vs. | |
| CITY OF VALLEJO, CITY OF VALLEJO POLICE DEPARTMENT, DOES 1-99, | |
| Defendants. | |

　　　**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Plaintiff will file a Second Amended Complaint by February 1, 2021 and Defendant will file a responsive pleading within 14 days thereafter pursuant to Federal Rule of Civil Procedure 15(a)(3).

DATED:  December 22, 2020
　　　　　　　　　　　　　　　_/s/ Kevin J. Heaney_____
　　　　　　　　　　　　　　　Kevin J. Heaney
　　　　　　　　　　　　　　　Attorney for Plaintiff RODOLFO LOPEZ

DATED:  December 22, 2020

*/s/ Farrah Hussein*
FARRAH HUSSEIN
Deputy City Attorney
Attorney for Defendant CITY OF VALLEJO

**IT IS SO ORDERED.**

Dated: December 28, 2020

_____
Troy L. Nunley
United States District Judge