**VERONICA A.F. NEBB**
City Attorney, SBN 140001
**BY: FARRAH Y. HUSSEIN**
Deputy City Attorney, SBN 305726
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687
Email: farrah.hussein@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO LOPEZ,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, CITY OF VALLEJO POLICE DEPARTMENT, POLICE OFFICERS OF THE CITY OF VALLEJO JAKE ESTRADA, TRAVIS ASPEGREN, STEVE DARDEN AND YANETT HERNANDEZ and DOES 5-20,<br><br>             Defendants. | Case No. 2:20−CV−02432−TLN−AC<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING AND ORDER** |

IT IS HEREBY STIPULATED by Defendants CITY OF VALLEJO, CITY OF VALLEJO POLICE DEPARTMENT (erroneously named) and newly named defendants, JAKE ESTRADA, TRAVIS ASPEGREN, STEVE DARDEN AND YANETT HERNANDEZ (collectively "City of Vallejo Defendants") and Plaintiff RODOLFO LOPEZ to the following:

1. Pursuant to Eastern District Local Rule 144, City of Vallejo Defendants and Plaintiff hereby stipulate to an extension of time within which City of Vallejo Defendants shall file a responsive pleading to Plaintiff's Second Amended Complaint.  The responsive pleading on behalf of City of Vallejo Defendants will be due on March 10, 2021. Good cause exists for this extension as new defendants, Jake Estrada, Travis Aspegren, Steve Darden and Yanett Hernandez were just served on February 8, 2021. The parties seek to consolidate responsive pleading and reply brief deadlines.

2. After contacting all defendants, counsel for the City of Vallejo agreed to accept electronic service for defendants Jake Estrada, Travis Aspegren, Steve Darden and Yanett Hernandez on February 8, 2021.

3. The City requires additional time to determine defenses for newly added parties and prepare the appropriate indemnity arrangements.

DATED:  February 8, 2021

/s/ Kevin Heaney
KEVIN HEANEY
Attorney for Plaintiff RODOLFO LOPEZ

DATED:  February 8, 2021

/s/ Farrah Y. Hussein
FARRAH Y. HUSSEIN
Deputy City Attorney
Attorney for Defendants CITY OF VALLEJO, JAKE ESTRADA, TRAVIS ASPERGAN, STEVE DARDEN, AND YANETTE HERNANDEZ

**IT IS SO ORDERED.**

Dated: February 8, 2021

Troy L. Nunley
United States District Judge

CASE NO.: 2:20−CV−02432−TLN−AC

STIPULATION FOR EXTENSION AND LEAVE TO AMEND

-2-